**In re estate of Jacob H. Shay, deceased.**

Henry W. Leman, proponent of last will of Jacob H. Shay, deceased, appellant, v. Mary Saylor, appellee. Gen. No. 27,034.

Order in circuit court on appeal denying probate of a will. Appeal

from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed June 26, 1922.

Channing L. Sentz, for appellant. Rathje, Wesemann, Hinckley & Barnard, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.